JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY HART, an individual,<br><br>      Plaintiff,<br><br>   vs.<br><br>SELECT PORTFOLIO SERVICING, INC.; BANK OF AMERICA, N.A.; and DOES 1 TO 50,<br><br>      Defendants. | Case No. 2:22-cv-03399 FLA (MRWx)<br><br>**JUDGMENT AGAINST PLAINTIFF GUY HART** |

On July 19, 2023, this Court entered an order granting the motion to dismiss filed by Defendant Bank of America, N.A. ("BANA"). Dkt. 85. On September 27, 2023, the Court entered an order granting the motion for summary judgment by Defendant Select Portfolio Servicing, Inc. ("SPS"), and denying Plaintiff's request to amend his claims against BANA. Dkt. 97. These orders completely dispose of the claims asserted by Plaintiff against BANA and SPS.

Accordingly, it is ORDERED that judgment is and shall be entered in favor of Defendant Select Portfolio Servicing, Inc. and Defendant Bank of America, N.A.; and against Plaintiff Guy Hart.

IT IS SO ORDERED.

Dated: October 17, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge