Sarah Shapero (Bar No. 281748)
SHAPERO LAW FIRM, PC
100 Pine St., Ste. 530
San Francisco, CA 94111
Telephone:  (415) 273-3504
Facsimile:   (415) 358-4116
Email: sarah@shaperolawfirm.com

Attorneys for Plaintiff,
GUY HART

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| GUY HART, an individual,<br><br>    Plaintiffs,<br><br>    v.<br><br>SELECT PORTFOLIO SERVICING, INC.; BANK OF AMERICA, N.A.; and DOES 1 TO 50.<br><br>    Defendants. | Case No.:  2:22−cv−03399 FLA (JPRx)<br><br>**NOTICE OF APPEAL** |

NOTICE OF APPEAL

1 | Plaintiff, GUY HART, appeals to the United States Court of Appeals –
2 | Central District for the final judgment entered on October 17, 2023 which
3 | dismissed this matter.

6 | DATED: October 27, 2023                SHAPERO LAW FIRM, PC

8 |                                        */s/ Sarah Shapero*
9 |                                   SARAH SHAPERO
                                  Attorney for Plaintiff
10 |                                   GUY HART